**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GILL, MICHELLE A.                                §   Case No. 16-33197-ABG
                                                        §
                                                        §
Debtor(s)                                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 18, 2016.  The undersigned trustee was appointed on October 18, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of           $            33,337.06

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 18.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]           $            29,318.40

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/05/2018 and the deadline for filing governmental claims was 04/16/2017.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,155.81.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,155.81, for a total compensation of $3,155.81.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/26/2018            By:/s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 16-33197-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** GILL, MICHELLE A. | **Filed (f) or Converted (c):** 10/18/16 (f) |
| | **§341(a) Meeting Date:** 11/10/16 |
| **Period Ending:** 12/26/18 | **Claims Bar Date:** 03/05/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash<br>Imported from original petition Doc# 23 | 40.00 | 40.00 | | 0.00 | FA |
| 2 | Checking account: US Bank<br>Imported from original petition Doc# 23 | 118.00 | 118.00 | | 0.00 | FA |
| 3 | Checking account: Direct Express Prepaid Debit<br>Imported from original petition Doc# 23 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposit on rental unit: Royal Oak<br>Imported from original petition Doc# 23 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5 | Used Furniture<br>Imported from original petition Doc# 23 | 750.00 | 750.00 | | 0.00 | FA |
| 6 | x2 televisions<br>Imported from original petition Doc# 23 | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Used Clothing<br>Imported from original petition Doc# 23 | 350.00 | 350.00 | | 0.00 | FA |
| 8 | ending Survivor action for godmother - Attorney:  (u)<br>Imported from original petition Doc# 23 | 0.00 | Unknown | | 33,337.06 | FA |
| 9 | 2007 Dodge Charger, 125000 miles. Entire propert<br>Imported from original petition Doc# 23 | 6,425.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Nissan Altima, 62000 miles. Entire property<br>Imported from original petition Doc# 23 | 3,262.50 | 0.00 | | 0.00 | FA |
| **10** | **Assets**   **Totals** (Excluding unknown values) | **$13,645.50** | **$3,958.00** | | **$33,337.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: January 2018   The Trustee is pursing a wrongful death Survivor action

**Initial Projected Date Of Final Report (TFR):**   March 31, 2019      **Current Projected Date Of Final Report (TFR):**   March 31, 2019

Printed: 12/26/2018 03:22 PM    V.14.14

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-33197-ABG |
| **Case Name:** | GILL, MICHELLE A. |
| **Taxpayer ID #:** | **-***7929 |
| **Period Ending:** | 12/26/18 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/18 | {8} | Estate of Willie Harrington | Distribution from Probate Estate | 1229-000 | 33,337.06 | | 33,337.06 |
| 10/14/18 | 101 | Michelle Gill | Exemption | 8100-002 | | 4,000.00 | 29,337.06 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 29,318.40 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **33,337.06** | **4,018.66** | **$29,318.40** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **33,337.06** | **4,018.66** | |
| Less: Payments to Debtors | | 4,000.00 | |
| **NET Receipts / Disbursements** | **$33,337.06** | **$18.66** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7666** | **33,337.06** | **18.66** | **29,318.40** |
| | **$33,337.06** | **$18.66** | **$29,318.40** |

{} Asset reference(s)

Printed: 12/26/2018 03:22 PM    V.14.14

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 5, 2018

**Case Number:** 16-33197-ABG
**Debtor Name:** GILL, MICHELLE A.

Page: 1

**Date:** December 26, 2018
**Time:** 03:22:39 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $6,440.00 | $0.00 | 6,440.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $168.65 | $0.00 | 168.65 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 24058.13] | $3,155.81 | $0.00 | 3,155.81 |
| 1<br>100 | Capital One Auto Finance, a div<br>of Capital One, N.A. c/o AIS,Portfolio<br>Services, LP,4515 N. Santa Fe Ave. Dept.<br>Oklahoma City, OK 73118 | Secured | History: Details1-112/07/2017Claim #1 filed by Capital One Auto Finance, a div, Amount claimed: $12925.32 (Nalkara, Rejoy )<br>----------------------------------------------------------------------* * * | $12,925.32 | $0.00 | 12,925.32 |
| 2<br>610 | Armed Forces Bank, N.A.<br>1111 Main St Ste 202<br>Kansas City, MO 64105 | Unsecured | History: Details2-112/14/2017Claim #2 filed by Armed Forces Bank, N.A., Amount claimed: $866.24 (ADI, EPoc )<br>----------------------------------------------------------------------* * * | $866.24 | $0.00 | 866.24 |
| 3<br>610 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | History: Details3-101/04/2018Claim #3 filed by Seventh Avenue, Amount claimed: $328.56 (Bennett, Mark )<br>----------------------------------------------------------------------* * * | $328.56 | $0.00 | 328.56 |
| 4<br>610 | LVNV Funding, LLC its successors and assigns as<br>assignee of Bluestem Brands, Inc.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | History: Details4-103/02/2018Claim #4 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $125.66 (Lamb, David )<br>----------------------------------------------------------------------* * * | $125.66 | $0.00 | 125.66 |
| 1I<br>640 | Capital One Auto Finance, a div<br>of Capital One, N.A. c/o AIS,Portfolio<br>Services, LP,4515 N. Santa Fe Ave. Dept.<br>Oklahoma City, OK 73118 | Unsecured | | $26.52 | $0.00 | 26.52 |
| 2I<br>640 | Armed Forces Bank, N.A.<br>1111 Main St Ste 202<br>Kansas City, MO 64105 | Unsecured | | $1.78 | $0.00 | 1.78 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER   **Claims Bar Date:** March 5, 2018

**Case Number:** 16-33197-ABG                    Page:  2                    **Date:** December 26, 2018
**Debtor Name:** GILL, MICHELLE A.                                           **Time:** 03:22:39 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I<br>640 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | | $0.67 | $0.00 | 0.67 |
| 4I<br>640 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Bluestem Brands, Inc.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.26 | $0.00 | 0.26 |
| SURPLUS<br>650 | GILL, MICHELLE A.<br>335435 ROYAL OAK LANE<br>APT. 105<br>GRAYSLAKE, IL 60030 | Unsecured | | $5,278.93 | $0.00 | 5,278.93 |
| **<< Totals >>** | | | | 29,318.40 | 0.00 | 29,318.40 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-33197-ABG
Case Name: GILL, MICHELLE A.
Trustee Name: ILENE F. GOLDSTEIN

|  | **Balance on hand:** | $ | 29,318.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a div | 12,925.32 | 12,925.32 | 0.00 | 12,925.32 |

|  |  |  |  |
|---|---|---|---|
| Total to be paid to secured creditors: | $ | 12,925.32 |
| Remaining balance: | $ | 16,393.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,155.81 | 0.00 | 3,155.81 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 6,440.00 | 0.00 | 6,440.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 168.65 | 0.00 | 168.65 |

| Total to be paid for chapter 7 administration expenses: | $ | 9,764.46 |
|---|---|---|
| Remaining balance: | $ | 6,628.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None |  |  |  |

| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|
| Remaining balance: | $ | 6,628.62 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,628.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,320.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Armed Forces Bank, N.A. | 866.24 | 0.00 | 866.24 |
| 3 | Seventh Avenue | 328.56 | 0.00 | 328.56 |
| 4 | LVNV Funding, LLC its successors and assigns as | 125.66 | 0.00 | 125.66 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,320.46 |
| Remaining balance: | $ | 5,308.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 5,308.16 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 5,308.16

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $29.23.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $5,278.93.

**UST Form 101-7-TFR (05/1/2011)**