UNITED STATES BANKRUPTCY COURT
P

| | |
|---|---|
| In re: | ) |
| | ) |
| **GILL, MICHELLE A.** | )  Bankruptcy Case No. 16-33197 ABG |
| | )  Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __January 2, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

GILL, MICHELLE A.
335435 ROYAL OAK LANE
APT. 105
GRAYSLAKE, IL 60030

,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1    Capital One Auto Finance, a div
     of Capital One, N.A. c/o AIS,Portfolio
     Services, LP,4515 N. Santa Fe Ave. Dept.
     Oklahoma City, OK 73118

| | |
|---|---|
| 1I | Capital One Auto Finance, a div of Capital One, N.A. c/o AIS,Portfolio Services, LP,4515 N. Santa Fe Ave. Dept. Oklahoma City, OK 73118 |
| 2 | Armed Forces Bank, N.A. 1111 Main St Ste 202 Kansas City, MO 64105 |
| 2I | Armed Forces Bank, N.A. 1111 Main St Ste 202 Kansas City, MO 64105 |
| 3 | Seventh Avenue c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas, TX 75380 |
| 3I | Seventh Avenue c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas, TX 75380 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of Bluestem Brands, Inc. Resurgent Capital Services,PO Box 10587 Greenville, SC 29603-0587 |
| 4I | LVNV Funding, LLC its successors and assigns as assignee of Bluestem Brands, Inc. Resurgent Capital Services,PO Box 10587 Greenville, SC 29603-0587 |
| SURPLUS | GILL, MICHELLE A. 335435 ROYAL OAK LANE APT. 105 GRAYSLAKE, IL 60030 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee

ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402

Case 16-33197    Doc 49    Filed 01/02/19    Entered 01/02/19 15:45:48    Desc Main
Document    Page 3 of 3